B10 (Official Form 10)
(Rev. 7/95)

2. 5. 96

#26

| **United States Bankruptcy Court** District of _NY_ | **PROOF OF CLAIM** CHAPTER 11 |
|---|---|

In re (Name of Debtor)
J&S CONVEYORS, INC.

Case Number
95-22563

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property) | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and Address Where Notices Should be Sent MOUNTAINWEST FINANCIAL CORP DBA: OFFICEMAX CREDIT PLAN PO BOX 7004 SIOUX FALLS SD 57117 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| | ☑ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone No. 800-210-5861 | |

**F I L E D**
**FEB 5 1996**
BANKRUPTCY COURT
ROCHESTER, N.Y.

THIS SPACE IS FOR
COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
6011-5831-0002-7092

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

**1. BASIS FOR CLAIM**
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number_____
Unpaid compensation for services performed
from_____ to _____
(date)                    (date)

**2. DATE DEBT WAS INCURRED**
9-92

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☑ UNSECURED NONPRIORITY CLAIM $ 5576.53
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)
☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)_____
*Amounts are subject to adjustment on 4/11/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:** $ 5576.53 (Unsecured) $_____ (Secured) $_____ (Priority) $ 5576.53 (Total)
☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS. *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY. To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR
COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim |
|---|---|
| 1-17-96 | MICHELE MESSERSCHMIDT by D. Bryant Michele Messerschmidt -- Bankruptcy Supervisor |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

MOUNTAINWEST FINANCIAL CORP
DBA:  OFFICEMAX CREDIT PLAN
PO BOX 7004
SIOUX FALLS SD  57117

Please make checks payable to **Hurley State Bank**. Send top portion of statement with payment in enclosed envelope.

| Print address and telephone number changes below and check box. | TOTAL PAYMENT DUE THIS STATEMENT | PAST DUE AMOUNT | PAYMENT DUE DATE | NEW BALANCE | ACCOUNT NUMBER | PLEASE WRITE AMOUNT OF PAYMENT ENCLOSED |
|---|---|---|---|---|---|---|
| | 5576.53 | 5576.53 | --- | 5576.53 | 6011 5831 0002 7092 | $ |

**MAIL PAYMENTS TO:**

MOUNTAINWEST FINANCIAL CORP          J & S CONVEYORS INC
DBA:  OFFICEMAX CREDIT PLAN           JOAN SMITH
PO BOX 7004                          39 EAST MAIN STREET
SIOUX FALLS SD   57117               HONEOYE  NY  14471

For inquiries regarding your billing statement, call between 9am-5pm (M-F):                    See Billing Rights Summary on reverse side.

| ACCOUNT NUMBER | LINE OF CREDIT | CREDIT AVAILABLE | DAYS IN BILLING CYCLE | STATEMENT CLOSING DATE | PAYMENT DUE DATE | TOTAL PAYMENT DUE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 6011 5831 0002 7092 | 0 | 0 | | | --- | 5576.53 |

| DATE OF TRANS. | POST. | REFERENCE NUMBER | DESCRIPTION OF TRANSACTIONS FOR CHARGES, PAYMENTS, CREDITS AND ADJUSTMENTS SINCE LAST STATEMENT | AMOUNT |
|---|---|---|---|---|
| | | | | |

| PREVIOUS BALANCE | − PAYMENTS | − CREDITS | + PURCHASES | + ADJUSTMENTS | + FINANCE CHARGES | = NEW BALANCE |
|---|---|---|---|---|---|---|
| 5576.53 | | | | | | 5576.53 |

AN AMOUNT FOLLOWED BY A MINUS SIGN (–) IS A CREDIT OR A CREDIT BALANCE.

Send Notice of Billing Errors to:

| THE FINANCE CHARGE IS DETERMINED BY APPLYING A MONTHLY PERIODIC RATE OF | WHICH IS AN ANNUAL PERCENTAGE RATE OF | TO THAT PART OF THE BALANCE SUBJECT TO FINANCE CHARGE UP TO | AND A MONTHLY PERIODIC RATE OF | WHICH IS AN ANNUAL PERCENTAGE RATE OF | TO THAT PART OF THIS BALANCE IN EXCESS OF | 1. AVERAGE DAILY BALANCE OF PREVIOUS BILLING CYCLE PURCHASES | 2. AVERAGE DAILY BALANCE OF CURRENT BILLING CYCLE PURCHASES |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Notice:** See reverse side for important information.

62403-400 Rev. 12/94